UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )  CASE NO. 4:21CR135-6 |
| | ) |
| MARCUS ROYAL | ) |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

This matter is before the Court on the defense counsel's Motion for Leave of Absence.

After careful consideration, said Motion is **GRANTED** for the following dates:

| | | |
|---|---|---|
| March 19, 2024 | April 16, 2024 | May 10, 2024 |
| May 21, 2024 | May 24, 2024 | |

SO ORDERED, this 21st day of February, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRAGE JUDGE
SOUTHERN DISTRICT OF GEORGIA